## CONSENT TO JOIN COLLECTIVE ACTION

### Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)

*Margaret Bobb v. FinePoints Private Duty Healthcare, LLC, et al.*

Name (print): Margaret Bobb

1. I am over the age of 18 and competent to give my consent in this matter.

2. I consent to pursue my claims for unpaid overtime and other wages arising out of work I performed for FinePoints Private Duty Healthcare, LLC and Cynthia Keller-Bee, directly and as joint employers, in Maryland.

3. I understand that this lawsuit is brought under the Fair Labor Standards Act and Maryland state law to recover unpaid overtime and travel-time wages, additional damages, attorneys' fees and costs. I consent to be a Plaintiff in all available federal and state-law claims in this action. I also agree to be bound by any judgment or settlement of this action.

4. By signing this form, I designate AARP Foundation and the Public Justice Center to represent me and make decisions on my behalf concerning the litigation and any settlement.

5. I also consent to join any separate or subsequent action to assert my claims against Defendants and/or related entities and individuals potentially liable.

_____     _____11/14/23_____
Signature                            Date

EXHIBIT A